1  James R. Hawkins (SBN 192925)
2  Samantha A. Smith (SBN 253677)
   **JAMES HAWKINS APLC**
3  9880 Research Drive, Suite 200
4  Irvine, California 92618
   Telephone: (949) 387-7200
5  Facsimile: (949) 387-6676
   James@jameshawkinsaplc.com
6  Samantha@jameshawkinsaplc.com

7
8  Attorneys for Plaintiff Kayla Milligan,
   on behalf of herself and all others similarly situated
9
10 REBECCA ARAGON, Bar No. 134496
   Raragon@littler.com
11 HOVANNES G. NALBANDYAN, Bar No. 300364
12 Hnalbandyan@littler.com
   LAURA E. SCHNEIDER, Bar No. 326077
13 Lschneider@littler.com
   LITTLER MENDELSON, P.C.
14 633 W. Fifth Street, 63rd Floor
15 Los Angeles, CA 90071
   Telephone: 213.443.4300
16 Fax No.: 213.443.4299
17 Attorneys for CWI, Inc. d/b/a Camping World

18              **UNITED STATES DISTRICT COURT**
19              **CENTRAL DISTRICT OF CALIFORNIA**
20

| 21 | KAYLA MILLIGAN, and on behalf of all others similarly situated, | Case No.: 2:20-cv-01847 MWF (SHKx) |
|---|---|---|
| 22 | | |
| 23 | Plaintiff, | **NOTICE OF SETTLEMENT** |
| 24 | v. | |
| 25 | CWI, INC. d/b/a CAMPING WORLD, a Kentucky Corporation, and DOES 1-50, inclusive, | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

1

Plaintiff Kayla Milligan ("Plaintiff") and CWI, Inc. d/b/a Camping World, ("Defendant"), through their respective counsel (collectively, "Parties"), hereby provide this Notice of Settlement pursuant to the Court's Order Granting Joint Stipulation to Vacate Motion to Compel Arbitration Hearing and Related Deadlines Until After Scheduled Mediation (ECF No. 15).

On June 17, 2021, the Parties attended their scheduled mediation with Jeff Ross. At the mediation the Parties were able to successfully reach a settlement in principle resolving the claims of the present matter as well as the claims of the related Private Attorneys General Action pending in San Bernardino Superior Court, *Milligan v. CWI, Inc. dba Camping World*, Case No. CIVDS2020159 ("State Action"). The Parties continued to work diligently following the close of mediation and within 24 hours had a signed Memorandum of Understanding ("MOU") as to the settlement terms. Presently, the Parties are working on the long-form settlement agreement.

Per the terms of the MOU, Plaintiff will submit approval papers through the State Action. As such, the Parties respectfully request the Court set a follow-up status conference hearing in approximately 120-180 days to allow the Parties sufficient time to proceed with the settlement approval process in state court.

Dated: June 28, 2021              **JAMES HAWKINS APLC**

                                         By:   */s/ Samantha A. Smith*
                                                    James R. Hawkins
                                                    Samantha A. Smith

                                                    Attorneys for Plaintiff on behalf of herself and all others similarly situated

Dated: June 28, 2021               **LITTLER MENDELSON, P.C.**

By:   */s/ Laura Schneider*
         REBECCA ARAGON
         HOVANNES G. NALBANDYAN
         LAURA E. SCHNEIDER

         Attorneys for Defendant
         CWI, INC. d/b/a CAMPING WORLD

**Signature Attestation**

I, Samantha A. Smith, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:  /s/ *Samantha A. Smith*
Samantha A. Smith

**Certificate of Service**

The attached was served on all parties and their counsel, through the ECF system, on June 28, 2021.

By:  /s/ *Samantha A. Smith*
Samantha A. Smith