JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA MILLIGAN, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CWI, INC. d/b/a CAMPING WORLD, a Kentucky Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01847 MWF (SHKx)<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

The Court has reviewed and considered the Parties' Joint Stipulation for Voluntary Dismissal Without Prejudice and GOOD CAUSE APPEARING THEREFOR:

(1)  The above-entitled action (the "Action") is dismissed without prejudice.

(2)  The Parties agree to pay their own respective costs, expenses and attorneys' fees in connection with the Action, except as provided in the approved Settlement Agreement.

IT IS SO ORDERED.

Dated: September 9, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

1